# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Kroupa

Plaintiff,

v.

Case No.: 1:08–cv–02691

Honorable Ruben Castillo

James D. Garbus

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

MINUTE entry before Judge Honorable Ruben Castillo:After careful review, this recently removed state court complaint is dismissed without prejudice to the filing of a timely motion to remand or the filing of a proper amended federal complaint. The parties are requested to fully exhaust all settlement possibilities for this dispute prior to filing any additional pleadings. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.