UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT KROUPA, individually and derivatively on behalf of GARBUS KROUPA ENTERTAINMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. GARBUS, <br><br> Defendant. | Case No. 08 CV 02691 <br><br> Judge Castillo <br><br> Magistrate Judge Valdez |

## NOTICE OF MOTION

To: Frederick R. Ball
Rachel G. Pontikes
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603

PLEASE TAKE NOTICE that on June 17, 2008, at 9:45 a.m., we shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141 of the U.S. District Court, Northern District of Illinois, Chicago, Illinois, and shall then and there present the Motion To Remand, a copy of which is hereby served upon you.

Respectfully submitted,

ROBERT KROUPA, individually and derivatively on behalf of GARBUS KROUPA ENTERTAINMENT, LLC

By: /s/ Stephen J. Siegel
One Of His Attorneys

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
#220626

## CERTIFICATE OF SERVICE

Stephen J. Siegel, an attorney, affirms that he caused copies of the foregoing Notice of Motion to be served by electronically filing the document with the Clerk of Court using the ECF system.

>Frederick R. Ball
>Rachel G. Pontikes
>Duane Morris LLP
>190 South LaSalle Street, Suite 3700
>Chicago, IL 60603

this 23rd day of May, 2008.

>/s/ Stephen J. Siegel
>Stephen J. Siegel