# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Kroupa

                Plaintiff,

v.                                Case No.: 1:08–cv–02691

                                        Honorable Ruben Castillo

James D. Garbus

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 6/17/2008. Defendant's response to Plaintiff's motion to remand [8] is due on or before 7/17/2008. Plaintiff's reply will be due on or before 7/31/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.