IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KROUPA, individually and Derivatively on behalf of Garbus Kroupa Entertainment, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2691 |
| JAMES D. GARBUS, | ) ) | |
| Defendant. | ) ) | |

## AGREED MOTION TO AMEND BRIEFING SCHEDULE

James D. Garbus ("Garbus") requests this Court to amend the briefing scheduled for Plaintiff Robert Kroupa's Motion to Remand. In support thereof, Garbus states:

1. Attorneys for Defendant consulted with attorneys for the Plaintiff before filing this motion.

2. Under the briefing schedule set by the Court, Garbus is required to answer Plaintiff's Motion to Remand by July 17, 2008. Kroupa is required to reply by July 31, 2008. Both parties have agreed to the following amended briefing schedule:

- Garbus shall file his response to Plaintiff's Motion to Remand on or before July 31, 2008; and

- Plaintiff shall file its reply on or before August 22, 2008.

WHEREFORE, the parties respectfully request that this Court enter the amended briefing schedule stated above.

JAMES D. GARBUS

By: s/Rachael G. Pontikes

DM1\1360372.1

Frederick R. Ball (ARDC #06236660)
Rachael G. Pontikes (ARDC #06275709)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
(312) 499-6700
(312) 499-67001 (fax)

DM1\1360372.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 08, 2008 she electronically filed the foregoing **Agreed Motion to Amend Briefing Schedule** with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants. Parties may access this filing through the Court's system.

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL  60606-1501

                                                     s/Rachael G. Pontikes
                                                     Rachael G Pontikes