IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KROUPA, individually and Derivatively on behalf of Garbus Kroupa Entertainment, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2691 |
| JAMES D. GARBUS, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF AGREED MOTION

TO:   Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606-1501

PLEASE TAKE NOTICE that on **Tuesday, July 15, 2008, at 9:45 a.m.**, we shall appear before the Honorable Ruben Castillo in Room 2141 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and then and there present an **Agreed Motion to Amend Briefing Schedule**.

JAMES D. GARBUS

By:   s/Rachael G. Pontikes
One of His Attorneys

Frederick R. Ball (ARDC #06236660)
Rachael G. Pontikes (ARDC #06275709)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
(312) 499-6700
(312) 499-67001 (fax)

DM1\1326914.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 08, 2008 she electronically filed the foregoing **Notice of Agreed Motion** with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants. Parties may access this filing through the Court's system.

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL  60606-1501

                                            s/Rachael G. Pontikes
                                            Rachael G Pontikes

DM1\1326914.1