UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Kroupa
                Plaintiff,

v.                                  Case No.: 1:08–cv–02691
                                           Honorable Ruben Castillo

James D. Garbus
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's agreed motion to amend briefing schedule [12] is granted. Defendant's response to Plaintiff's motion to remand [8] is due on or before 7/31/2008. Plaintiff's reply will be due on or before 8/22/2008. The court will rule by mail. Motion hearing set for 7/15/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.