IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KROUPA, individually and Derivatively on behalf of Garbus Kroupa Entertainment, LLC <br><br> Plaintiff, <br><br> JAMES D. GARBUS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 08 CV 2691 |

**AGREED MOTION TO AMEND BRIEFING SCHEDULE**

James D. Garbus ("Garbus") requests this Court to amend the briefing scheduled for Plaintiff Robert Kroupa's Motion to Remand. In support thereof, Garbus states:

1. Attorneys for Defendant consulted with attorneys for the Plaintiff before filing this motion and would like to amend the current briefing schedule in order to facilitate ongoing settlement discussions.

2. Under the briefing schedule set by the Court, as amended by that Agreed Motion to Amend Briefing Schedule on July 8, 2008, Garbus is required to answer Plaintiff's Motion to Remand by July 31, 2008. Kroupa is required to reply by August 22, 2008. Both parties have agreed to the following amended briefing schedule:

- Garbus shall file his response to Plaintiff's Motion to Remand on or before August 12, 2008; and

- Plaintiff shall file its reply on or before September 3, 2008.

WHEREFORE, the parties respectfully request that this Court enter the amended briefing schedule stated above.

JAMES D. GARBUS

By: s/Rachael G. Pontikes

Frederick R. Ball (ARDC #06236660)
Rachael G. Pontikes (ARDC #06275709)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois  60603
(312) 499-6700
(312) 499-67001 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2008 she electronically filed the foregoing **Agreed Motion to Amend Briefing Schedule** with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants. Parties may access this filing through the Court's system.

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL  60606-1501

_s/Rachael G. Pontikes_
Rachael G Pontikes
