IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KROUPA, individually and Derivatively on behalf of Garbus Kroupa Entertainment, LLC <br><br> Plaintiff, <br><br> JAMES D. GARBUS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) No. 08 CV 2691 |

### NOTICE OF AGREED MOTION

TO:   Stephen Novack
      Stephen J. Siegel
      Molly S. DiRago
      Novack and Macey LLP
      100 North Riverside Plaza
      Chicago, IL   60606-1501

   PLEASE TAKE NOTICE that on **Wednesday, July 30, 2008, at 9:45 a.m.,** we shall appear before the Honorable Ruben Castillo in Room 2141 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and then and there present an **Agreed Motion to Amend Briefing Schedule**.

                              JAMES D. GARBUS


                    By:    s/Rachael G. Pontikes
                              One of His Attorneys

Frederick R. Ball (ARDC #06236660)
Rachael G. Pontikes (ARDC #06275709)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois   60603
(312) 499-6700
(312) 499-67001 (fax)

DM1\1370288.1

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 28, 2008 she electronically filed the foregoing **Notice of Agreed Motion** with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants. Parties may access this filing through the Court's system.

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL   60606-1501

                                                                                                               s/Rachael G. Pontikes
                                                                                                               Rachael G Pontikes

DM1\1370288.1