**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Robert Kroupa

                          Plaintiff,

v.                                                         Case No.: 1:08–cv–02691
                                                             Honorable Ruben Castillo

James D. Garbus

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/30/2008. Defendant's agreed motion to amend briefing schedule [15] is granted. Defendant's response to plaintiff's motion to remand [8] is due on or before 8/12/2008. Plaintiff's reply due 9/3/2008. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.