IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KROUPA, individually and Derivatively on behalf of Garbus Kroupa Entertainment, LLC<br><br>    Plaintiff,<br><br>JAMES D. GARBUS,<br><br>    Defendant. | No. 08 CV 2691 |

## NOTICE OF MOTION

TO: Stephen Novack
   Stephen J. Siegel
   Molly S. DiRago
   Novack and Macey LLP
   100 North Riverside Plaza
   Chicago, IL   60606-1501

  PLEASE TAKE NOTICE that on **Wednesday, August 27, 2008, at 9:45 a.m.**, we shall appear before the Honorable Ruben Castillo in Room 2141 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and then and there present a **Motion and Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, Stay Proceedings Pending Arbitration.**

                 JAMES D. GARBUS

              By: s/Rachael G. Pontikes
                 One of His Attorneys

Frederick R. Ball (ARDC #06236660)
Rachael G. Pontikes (ARDC #06275709)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois   60603
(312) 499-6700
(312) 499-67001 (fax)

DM1\1380711.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2008 she electronically filed the foregoing **Notice of Motion** with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants. Parties may access this filing through the Court's system.

Stephen Novack
Stephen J. Siegel
Molly S. DiRago
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL   60606-1501

                                                      s/Rachael G. Pontikes
                                                    Rachael G Pontikes