## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Kroupa

                    Plaintiff,

v.                                            Case No.: 1:08–cv–02691
                                                        Honorable Ruben Castillo

James D. Garbus

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 8/27/2008. Defendant's motion to dismiss or, in the alternative, stay proceedings pending arbitration [19] is entered and continued generally until after the Court rules on the pending motion to remand [8]. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.